Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

Central Division

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 21 2026

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

N. Miriam Myton El

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

OUR HOUSE, INC,

OUR HOUSE COMMUNITY INVESTMENT CORPORATION

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 4:26-cv-75-KGB
*(to be filled in by the Clerk's Office)*

This case assigned to District Judge __Baker__
and to Magistrate Judge __Harris__

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | N. El |
  | Street Address | 19 Silver Ridge Cove |
  | City and County | North Little Rock |
  | State and Zip Code | Arkansas |
  | Telephone Number | 559-307-4139 |
  | E-mail Address | nmyton@gmail.com |

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | OUR HOUSE, INC. |
| Job or Title *(if known)* | Nonprofit Corporation |
| Street Address | 302 E. Roosevelt Road, |
| City and County | Little Rock |
| State and Zip Code | AR 72206 |
| Telephone Number | 501-374-7383 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | OUR HOUSE COMMUNITY INVESTMENT CORPORATION |
| Job or Title *(if known)* | Nonprofit Corporation |
| Street Address | P.O. Box 34155 |
| City and County | Little Rock |
| State and Zip Code | AR 72203 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
This action arises under federal law, including discrimination prohibitions applicable to AmeriCorps programs receiving federal funding. Plaintiff was authorized to file a civil action pursuant to 45 C.F.R. § 1225.21(a)(2) after more than 180 days elapsed without final agency action.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Pulaski County, Arkansas

B.    What date and approximate time did the events giving rise to your claim(s) occur?

November 25th 2024 (two days before Plaintiff's child's 3rd birthday) through the middle of January 2025.

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Plaintiff was selected for and placed in a federally funded AmeriCorps-affiliated position that operated in partnership with Plaintiff's university as part of Plaintiff's required social work internship.

Defendant No. 1 operated the physical program site in Little Rock, Arkansas, where Plaintiff performed assigned duties serving vulnerable populations, including individuals experiencing homelessness.

Plaintiff participated in the program while enrolled in a graduate-level social work program and was eligible for federal program benefits, including a living allowance, education award, and supportive services.
Facts Continued on Attached Form

During Plaintiff's participation, Plaintiff engaged in advocacy on behalf of program clients and raised

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Plaintiff seeks primarily monetary relief for past harm. To the extent equitable relief is warranted, Plaintiff requests such relief only as deemed appropriate by the Court.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff respectfully requests:

a. Compensatory damages for lost income and benefits;
b. Damages for emotional distress;
c. Costs and fees as permitted by law;
d. Such other relief as the Court deems just and proper.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/21/2026

Signature of Plaintiff: *N. Gl*

Printed Name of Plaintiff: N. Myton El

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

## Facts Underlying Claims

01/21/2026

1. Plaintiff was selected for and placed in a federally funded AmeriCorps-affiliated position that operated in partnership with Plaintiff's university as part of Plaintiff's required social work internship.

2. Defendant No. 1 operated the physical program site in Little Rock, Arkansas, where Plaintiff performed assigned duties serving vulnerable populations, including individuals experiencing homelessness.

3. Plaintiff participated in the program while enrolled in a graduate-level social work program and was eligible for federal program benefits, including a living allowance, education award, and supportive services.

4. During Plaintiff's participation, Plaintiff engaged in advocacy on behalf of program clients and raised concerns regarding program practices through appropriate professional channels.

5. Plaintiff also engaged in protected activity by advocating for Plaintiff's own professional treatment and conditions within the program.

6. Plaintiff participated in counseling services that were offered through the program as part of its employment-related benefits.

7. Shortly after Plaintiff engaged in advocacy and raised concerns, Defendants terminated Plaintiff from the program.

8. As a result of the termination, Plaintiff lost access to federally connected benefits, including a living allowance, an education award, and program-provided therapeutic services.

9. At the time of Plaintiff's termination, Plaintiff was experiencing housing instability, and the loss of program income and benefits materially worsened Plaintiff's ability to secure stable housing.

10. Plaintiff timely filed an administrative discrimination complaint pursuant to AmeriCorps procedures.

11. More than 180 days elapsed without final agency action, and Plaintiff was authorized to file this civil action pursuant to 45 C.F.R. § 1225.21(a)(2).

*/s/*